No. 902. IRWIN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *J. Edwin Smith* and *Clayton Malone* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Robert C. Flowers, Allo B. Crow, Jr.,* and *Gilbert J. Pena,* Assistant Attorneys General, and *W. V. Geppert* for respondent.

No. 996. BURHOE *v.* JULIAN, U. S. DISTRICT JUDGE, ET AL. C. A. 1st Cir. Certiorari denied. *David Berman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *J. F. Bishop* for Julian, and *Howard M. Miller,* Assistant Attorney General of Massachusetts, for Byrne, respondents.

No. 1032. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST CO. OF CHICAGO *v.* UNITED STATES. Ct. Cl. Certiorari denied. *James A. Velde* and *John F. Beggan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph Kovner,* and *Elmer J. Kelsey* for the United States.

No. 1037. RUSSELL *v.* MUTUAL OF OMAHA INSURANCE Co. C. A. 10th Cir. Certiorari denied. *Donald C. Little* for petitioner. *Roy P. Swanson* for respondent.

No. 1085. ZUDICK ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Herbert L. Zuckerman* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States et al.